Ernest L. GARNER, Plaintiff-Appellant,

v.

LOUISIANA STATE BOARD OF EDUCA-
TION et al., Defendants-Appellees.

No. 73-3233

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 1974.

Rehearing Denied March 5, 1974.

———◆———

Ernest L. Garner, pro se.

William J. Guste, Jr., Atty. Gen., Wil-
liam C. Roberts, Asst. Atty. Gen., Wil-
liam T. Reeves, Jr., Sp. Counsel, Baton
Rouge, La., for defendants-appellees.

Before COLEMAN, DYER and
RONEY, Circuit Judges.

PER CURIAM:

This is a teacher employment case
which has been litigated in the state
courts, to and through the court of last
resort. The aggrieved vocational techni-
cal teacher then attempted to renew the
litigation, in the federal courts, assert-
ing grounds which were, or might have
been, litigated in the state court pro-
ceedings. The District Court dismissed
the complaint. We affirm under the au-
thority of Frazier v. East Baton Rouge
Parish School Board, 5 Cir., 1966, 363 F.
2d 861.

Affirmed.